UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:12-cv-1936-KJN<br><br><br><br>ORDER |

In this social security action, plaintiff filed a motion for summary judgment on June 4, 2013. (ECF No. 17.)[1] On June 19, 2013, the Commissioner filed an opposition and cross-motion for summary judgment. (ECF No. 19.) Thereafter, on June 25, 2013, the Commissioner filed a request for leave to file a surreply. (ECF No. 20.) According to the Commissioner, it was served with plaintiff's reply, accompanied by "new evidence" (i.e., medical records from Kaiser Permanente, San Joaquin County Behavioral Health Services, and San Joaquin General Hospital, along with miscellaneous other documents) on or about June 21, 2013. (Id.) The Commissioner requests an opportunity to brief whether these new records warrant remand pursuant to sentence

---

[1] This action was originally referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15), and all parties have since consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) for all further proceedings and entry of final judgment. (ECF Nos. 7, 18.)

1

six of 42 U.S.C. § 405(g).  (Id.)

However, the court's record shows that plaintiff never filed the above-mentioned reply and "new evidence" with the court.  Therefore, the court finds it appropriate to grant plaintiff 28 days to file with the court the reply purportedly served on the Commissioner, accompanied by any "new evidence," if plaintiff intends for the court to consider that briefing and evidence.  While plaintiff is not required to file the reply and "new evidence," *failure to do so will result in those materials not being considered for purposes of resolving this case*.

In turn, the Commissioner shall have 28 days after the filing of any reply brief to file a surreply, which should specifically address the impact of any "new evidence" submitted by plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file any reply purportedly served on the Commissioner, accompanied by any "new evidence," within 28 days of this order.
2. The Commissioner shall file a surreply in accordance with this order within 28 days after the filing of any reply brief, after which the matter will be submitted on the briefs and record.
3. No further briefing will be permitted, absent a specific further request for briefing from the court.

IT IS SO ORDERED.

Dated:  July 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2